PEOPLE v. HENRY. (Supreme Court, Appellate Division, First Department. May 1, 1908.) Proceedings by the people of the state of New York against Walter Henry. No opinion. Motion denied, on conditions stated in order. Order filed.

PEOPLE, Respondent, v. LEVINE, Appellant. (Supreme Court, Appellate Division, Second Department. April 24, 1908.) Proceedings by the people of the state of New York against Leon Levine. No opinion. Judgment of the Court of Special Sessions affirmed.

PEOPLE v. MANSI et al. (Supreme Court, Appellate Division, First Department. May 29, 1908.) Proceedings by the people of the state of New York against Albert Mansi and another. No opinion. Motion denied, on conditions stated in order. Order filed.

PEOPLE v. MILLER. (Supreme Court, Appellate Division, First Department. May 15, 1908.) Proceedings by the people of the state of New York against Samuel Miller. No opinion. Motion denied, on condition that appellant have his appeal ready for argument at the October term. Order filed.

PEOPLE v. MURRAY et al. (Supreme Court, Appellate Division, First Department. May 29, 1908.) Proceedings by the people of the state of New York against Joseph Murray and another. No opinion. Motion granted. Order filed.

PEOPLE, Respondents, v. SCHMIDT, Appellant. (Supreme Court, Appellate Division, Second Department. May 1, 1908.) Proceedings by the people of the state of New York against Harry Schmidt. No opinion. Judgment of the Court of Special Sessions affirmed.

PEOPLE, Respondents, v. SIMON, Appellant. (Supreme Court, Appellate Division, Second Department. May 12, 1908.) Proceedings by the people of the state of New York against Edward Simon. No opinion. Judgment of the Court of Special Sessions affirmed.

PEOPLE v. VARASINO. (Supreme Court, Appellate Division, First Department. May 29, 1908.) Proceedings by the people of the state of New York against Adelina Varasino. No opinion. Motion denied, on conditions stated in order. Order filed.

PEOPLE ex rel. COOPER, Appellant, v. ROUMANIAN ASS'N, Respondent. (Supreme Court, Appellate Division, First Department. April 24, 1908.) Proceedings by the people of the state of New York, on the relation of Asher Cooper, against the Roumanian Association. M. Schleimer, for appellant. A. Brill, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

PEOPLE ex rel. ERIE R. CO., Respondent, v. BOARD OF SUPERVISORS OF ERIE COUNTY, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 6, 1908.) Proceedings by the people of the state of New York, on the relation of the Erie Railroad Company, against the board of supervisors of Erie county. PER CURIAM. Order affirmed, with costs, on the authority of People ex rel. New York Central Railroad Company v. Matthias, 84 App. Div. 122, 81 N. Y. Supp. 1105. WILLIAMS, J., dissents.

PEOPLE ex rel. GILL v. BINGHAM, Police Com'r. (Supreme Court, Appellate Division, First Department. April 24, 1908.) Proceedings by the people of the state of New York, on the relation of Thos. Gill, against Theodore A. Bingham, as police commissioner. S. F. Hyman, for relator. T. Connoly, for respondent. No opinion. Writ dismissed, and proceedings affirmed, with $50 costs and disbursements. Order filed.

PEOPLE ex rel. NEW YORK CENT. & H. R. R. CO. v. PUBLIC SERVICE COMMISSION, SECOND DIST., et al. (Supreme Court, Appellate Division, Third Department. May 6, 1908.) Proceedings by the people of the state of New York, on the relation of the New York Central & Hudson River Railroad Company, against the Public Service Commission of the Second District and Frank W. Stevens and others, as members of the Public Service Commission of the Second District. No opinion. Determination unanimously confirmed, with $50 costs and disbursements.

PEOPLE ex rel. NEW YORK CENT. & H. R. R. CO. v. PUBLC SERVICE COMMISSION, SECOND DIST., et al. (Supreme Court, Appellate Division, Third Department. May 22, 1908.) Proceedings by the people of the state of New York, on the relation of the New York Central & Hudson River Railroad Company, against the Public Service Commission, Second District, and others. No opinion. Motion denied.

PEOPLE ex rel. REDLICH et al., Appellants, v. McCLELLAN, Mayor, Respondent, et al. (Supreme Court, Appellate Division, Second Department. May 1, 1908.) Proceedings by the people of the state of New York, on the relation of Harry Redlich and another, against George B. McClellan, as mayor, etc., and Francis J. Lantry, as fire commissioner, etc. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE ex rel. SHANLEY, Appellant, v. BINGHAM, Police Com'r, Respondent. (Supreme Court, Appellate Division, First Department. May 15, 1908.) Proceedings by the people of the state of New York, on the relation of Patrick Shanley, against Theodore A. Bingham, as police commissioner. J. J. Bennett, for appellant. T. Connoly, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.